Capital One
P. O. Box 85520
Richmond, VA 23285


ACS/EFP
501 Bleecker Street
Utica, NY 13501


Advocate Health Care
22393 Network Place
 Chicago, IL 60673


Bank of America
P. O. Box 17054
Wilmington, DE 19850


Bank of America
P. O. Box 1598
Norfolk, VA 23501


Barclays Bank Delaware
125 S. West St.
Wilmington, DE 19801


Capital One
P. O. Box 85520
Richmond, VA 23285


Capital One
P. O. Box 85520
Richmond, VA. 23285


Capital One, N. A.
P. O. Box 26625
Richmond, VA 23261

Carnival Card Services
P. O. Box 13337
Philadelphia, PA 19101-3337


Chase
P. O. Box 15298
Wilmington, DE 19850


Citi Bank
P. O. Box 6241
Sioux Falls, SD 57117


Citi Card
P. O. Box 6241
Sioux Falls, SD 57177


Citibank
701 E. 60th Street North
Sioux Falls, SD 57104


Citibank
P. O. Box 22828
Rochester, NY 14692


Citibank
. O. Box 22828
Rochester, NY 14692


Emerge
Payment Processing
P. O. box 790189
St. Louis, MO 63179-0189


Emerge/FNBO
P. O. Box 105555
Atlanta, GA 30348

FIA CSNA
P. O. Box 17054
Wilmington, DE 19850


GEMoney Bank/JCP
P. O. Box 984100
El Paso, TX 79998


WfNNB/Roamans
P. O. Box 182121
Columbus, OH 43218


HSBC/Best Buy
P. O. Box 15619
Wilmington, DE 19850


HSBC/Best Buy
P. O. Box 15519
Wilmington, DE 19850


Hyundai Motor Finance
P. O. Box 650805
Dallas, TX 75265-0805


Internal Revenue Service
Service Center
Cincinnati, OH 45999-0010


NBGL-Carsons
140 W. Industrial Drive
Elmhurst, IL 60126


Resurrection Health Care
P. O. Box 220284
Chicago, IL 60622-0284

Sallie Mae
P. O. Box 9500
Wilkes-Barre, PA 18773

Spiegel
101 Crossway Park West
Woodbury, NY 11797

Student Loan Trust
701 East 60th St.
Sioux Falls, SD 57104

Student Loan Trust
701 East 60th Street
Sioux Falls, SD 57104

WFNNB Woman Within
4590 E. Broad St.
Columbus, OH 43213

WFNNB/Lane Bryant
4590 E. Broad St.
Columbus, OH 43213

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re:                                      Bankruptcy Case Number: _____

**Thomas Anthony Kruzel**
**Donna Jean Kruzel**


## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____


The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Dated: __**10/2/2011**_____          **s/ Thomas Anthony Kruzel**_____
                                          **Thomas Anthony Kruzel**
                                                        Debtor

                                          **s/ Donna Jean Kruzel**_____
                                          **Donna Jean Kruzel**
                                                        Joint Debtor

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kruzel, Thomas,  Anthony** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kruzel, Donna,  Jean** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **6575** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):  **0029** |
| Street Address of Debtor (No. & Street, City, and State):<br>**2900 N. Natchez Ave.**<br>**Chicago, IL**<br>ZIP CODE  **60634** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**2900 N. Natchez Ave.**<br>**Chicago, IL**<br>ZIP CODE  **60634** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                         Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>– – – – – – – – – – – – – – – – – –<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Thomas Anthony Kruzel, Donna Jean Kruzel** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X  **s/Laura J. Maitland**                    **10/2/2011**<br> Signature of Attorney for Debtor(s)            Date<br> **Laura J. Maitland**                            **6280521** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **Thomas Anthony Kruzel, Donna Jean Kruzel** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Thomas Anthony Kruzel**

Signature of Debtor    **Thomas Anthony Kruzel**

X **s/ Donna Jean Kruzel**

Signature of Joint Debtor    **Donna Jean Kruzel**

Telephone Number (If not represented by attorney)

**10/2/2011**

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X Not Applicable

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **s/Laura J. Maitland**

Signature of Attorney for Debtor(s)

**Laura J. Maitland  Bar No.  6280521**

Printed Name of Attorney for Debtor(s) / Bar No.

**Rawles & Maitland**

Firm Name

**325 Washington Street Suite 301**

Address

**Waukegan, IL 60085-5526**

**(847) 360-8040**                    **(847) 557-9014**

Telephone Number

**10/2/2011**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X Not Applicable

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re    **Thomas Anthony Kruzel   Donna Jean**
**Kruzel**                                                        Case No.

_____                    _____
Debtor(s)                                                         (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

❏   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❏   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏   Active military duty in a military combat zone.

❏   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Thomas Anthony Kruzel**
                                    **Thomas Anthony Kruzel**

Date:   **10/2/2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In re   **Thomas Anthony Kruzel   Donna Jean
Kruzel**                                                    Case No.

_____                      _____
Debtor(s)                                                   (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit
counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can
dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors
will be able to resume collection activities against you. If your case is dismissed and you file another
bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps
to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file
a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit
counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities
for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate
from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt
repayment plan developed through the agency.*

❑ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit
counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities
for available credit counseling and assisted me in performing a related budget analysis, but I do not have a
certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the
agency describing the services provided to you and a copy of any debt repayment plan developed through the
agency no later than 14 days after your bankruptcy case is filed.*

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to
obtain the services during the seven days from the time I made my request, and the following exigent
circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*
_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing
within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the
agency that provided the counseling, together with a copy of any debt management plan developed
through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any
extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.
Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy
case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D)  (12/09) – Cont.**

❑  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑  Active military duty in a military combat zone.

❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Donna Jean Kruzel**
                       **Donna Jean Kruzel**

Date:   **10/2/2011**

**B6A (Official Form 6A) (12/07)**

In re:   **Thomas Anthony Kruzel   Donna Jean Kruzel**                              Case No. _____

<strong>Debtors</strong>                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Interest held by joint debtor as beneficiary under the last will and testament of Donald B. Stachura located at 2900 N. Natchez, Chicago, IL** | **Fee Owner** | **W** | **$ 155,900.00** | **$ 234,000.00** |
| | | Total ➢ | $ 155,900.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Thomas Anthony Kruzel    Donna Jean Kruzel** _____,    Case No. _____

_____ **Debtors** _____    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | Cash in possession of debtor/joint debtor as determined from time to time | J | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bankof America account #29100427XXXX | J | 40.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Charter One account #834414XXXX | J | 350.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous used household goods and furnishings | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous books, pictures and collectibles | J | 100.00 |
| 6. Wearing apparel. | | Miscellaneous used man's clothing located at residence of debtor/joint debtor | H | 100.00 |
| Wearing apparel. | | Miscellaneous used woman's clothing located at residence of debtor/joint debtor | W | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Thomas Anthony Kruzel   Donna Jean Kruzel**                          ,        Case No. _____
                    **Debtors**                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Hyundai Sonata with approx. 28000 miles used for commuting to and from employment** | J | **5,475.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Hyundai Santa Fe located from time to time at debtor's residence** | J | **12,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Thomas Anthony Kruzel    Donna Jean Kruzel** ,                    Case No. _____
                            **Debtors**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

__2__  continuation sheets attached          Total  ➤          **$ 20,865.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   **Thomas Anthony Kruzel   Donna Jean Kruzel**                                      Case No. _____
                                                    Debtors                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                         $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2004 Hyundai Sonata with approx. 28000 miles used for commuting to and from employment | 735 ILCS 5/12-1001(c) | 4,800.00 | 5,475.00 |
| | 735 ILCS 5/12-1001(b) | 675.00 | |
| 2007 Hyundai Santa Fe located from time to time at debtor's residence | 735 ILCS 5/12-1001(b) | 4,435.00 | 12,500.00 |
| Bankof America account #29100427XXXX | 735 ILCS 5/12-1001(b) | 40.00 | 40.00 |
| Cash in possession of debtor/joint debtor as determined from time to time | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| Charter One account #834414XXXX | 735 ILCS 5/12-1001(b) | 350.00 | 350.00 |
| Miscellaneous books, pictures and collectibles | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Miscellaneous used household goods and furnishings | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| Miscellaneous used man's clothing located at residence of debtor/joint debtor | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| Miscellaneous used woman's clothing located at residence of debtor/joint debtor | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

In re  **Thomas Anthony Kruzel   Donna Jean Kruzel** _____.     Case No. _____

_____
**Debtors**                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2007080442XXXX**<br><br>**Hyundai Motor Finance**<br>**P. O. Box 650805**<br>**Dallas, TX 75265-0805** | | H | **07/01/2007**<br>**Security Agreement**<br>**2007 Hyundai Santa Fe located from time to time at debtor's residence**<br>_____<br>**VALUE $12,500.00** | | | | **8,102.00** | **0.00** |

0   continuation sheets
    attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $    **8,102.00** | $    **0.00** |

| | |
|---|---|
| $    **8,102.00** | $    **0.00** |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Thomas Anthony Kruzel   Donna Jean Kruzel**                                          Case No. _____
                                                Debtors                                                                                       (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re    **Thomas Anthony Kruzel    Donna Jean Kruzel**            Case No.                      

                             Debtors                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **XXXXXXX**<br>**Internal Revenue Service**<br>**Service Center**<br>**Cincinnati, OH 45999-0010** | | J | 04/15/2011<br>**Income taxes due for 2010** | | | | **23,896.00** | **23,896.00** | **$0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤<br>(Totals of this page) | $   **23,896.00** | $   **23,896.00** | $   **0.00** |
| Total   ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $   **23,896.00** | | |
| Total   ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $   **23,896.00** | $   **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Thomas Anthony Kruzel   Donna Jean Kruzel**                          Case No. _____
                                    Debtors                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐        Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **349726XXXX**<br><br>**ACS/EFP**<br>**501 Bleecker Street**<br>**Utica, NY 13501** | | W | **06/01/2006**<br><br>**Student Loan** | | | | 13,528.00 |
| ACCOUNT NO.   **71214XXXX**<br><br>**Advocate Health Care**<br>**22393 Network Place**<br>**Chicago, IL 60673** | | J | **07/25/2008**<br><br>**Medical services** | | | | 1,042.45 |
| ACCOUNT NO.   **5XXX**<br><br>**Bank of America**<br>**P. O. Box 1598**<br>**Norfolk, VA 23501** | | J | **05/01/2005**<br><br>**Consumer credit for the purchase of goods and/or services** | | | | 3,607.00 |
| ACCOUNT NO.   **0X**<br><br>**Bank of America**<br>**P. O. Box 17054**<br>**Wilmington, DE 19850** | | J | **01/01/2000**<br><br>**Consumer credit for the purchase of goods and/or services** | | | | 2,206.00 |
| ACCOUNT NO.   **6XXXX**<br><br>**Bank of America**<br>**P. O. Box 1598**<br>**Norfolk, VA 23501** | | J | **07/01/2002**<br><br>**Consumer credit for the purchase of goods and/or services** | | | | 2,959.00 |

        7   Continuation sheets attached

                                                                          Subtotal  ➤  $          **23,342.45**

                                                                          Total  ➤  $

                                        **(Use only on last page of the completed Schedule F.)**
                                **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                        **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Anthony Kruzel   Donna Jean Kruzel**
_____     Case No. _____
                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **51402XXXX** <br> **Barclays Bank Delaware** <br> **125 S. West St.** <br> **Wilmington, DE 19801** | | J | 08/01/2006 <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 5,756.00 |
| ACCOUNT NO. **41217415XXXX** <br> **Capital One** <br> **P. O. Box 85520** <br> **Richmond, VA 23285** | | J | 03/01/1999 <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 3,447.00 |
| ACCOUNT NO. **48623621XXXX** <br> **Capital One** <br> **P. O. Box 85520** <br> **Richmond, VA 23285** | | J | 03/01/2002 <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 4,738.00 |
| ACCOUNT NO. **51780523XXXX** <br> **Capital One** <br> **P. O. Box 85520** <br> **Richmond, VA 23285** | | W | 12/01/2003 <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 3,581.00 |
| ACCOUNT NO. **48623625XXXX** <br> **Capital One** <br> **P. O. Box 85520** <br> **Richmond, VA. 23285** | | J | 07/01/2005 <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 1,070.00 |

Sheet no. _1_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ **18,592.00**

Total > $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas Anthony Kruzel   Donna Jean Kruzel**                    Case No. _____
                                      Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **468836819777XXXX**<br><br>**Capital One, N. A.**<br>**P. O. Box 26625**<br>**Richmond, VA 23261** | | W | 04/01/2011<br><br>**Consumer credit for the purchase of goods and/or services** | | | | 560.00 |
| ACCOUNT NO.   **514021889659XXXX**<br><br>**Carnival Card Services**<br>**P. O. Box 13337**<br>**Philadelphia, PA 19101-3337** | | J | 06/13/2011<br><br>**Consumer credit for the purchase of goods and/or services** | | | | 5,756.45 |
| ACCOUNT NO.   **42668411XXXX**<br><br>**Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850** | | W | 03/01/2008<br><br>**Consumer credit for the purchase of goods and/or services** | | | | 1,965.00 |
| ACCOUNT NO.   **42668411XXXX**<br><br>**Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850** | | W | 06/01/2008<br><br>**Consumer credit for the purchase of goods and/or services** | | | | 4,672.00 |
| ACCOUNT NO.   **54661601XXXX**<br><br>**Citi Bank**<br>**P. O. Box 6241**<br>**Sioux Falls, SD 57117** | | J | 05/01/2007<br><br>**Consumer credit for the purchase of goods and/or services** | | | | 7,115.00 |

Sheet no. 2 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $                     **20,068.45**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas Anthony Kruzel   Donna Jean Kruzel**                    Case No. _____
                          Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **54661600XXXX**<br>**Citi Card**<br>**P. O. Box 6241**<br>**Sioux Falls, SD 57177** | | J | **11/01/2008**<br>**Consumer credit for the purchase of goods and/or services** | | | | **7,034.00** |
| ACCOUNT NO.   **3267841XXXX**<br>**Citibank**<br>**701 E. 60th Street North**<br>**Sioux Falls, SD 57104** | | W | **12/01/2009**<br>**Student loan** | | | | **9,708.00** |
| ACCOUNT NO.   **414682000346XXXX**<br>**Emerge**<br>**Payment Processing**<br>**P. O. box 790189**<br>**St. Louis, MO 63179-0189** | | H | **05/21/2011**<br>**Consumer credit for the purchase of goods and/or services** | | | | **6,644.75** |
| ACCOUNT NO.   **414682000150XXXX**<br>**Emerge/FNBO**<br>**P. O. Box 105555**<br>**Atlanta, GA 30348** | | J | **10/01/1997**<br>**Consumer credit for the purchase of goods and/or services** | | | | **5,261.00** |
| ACCOUNT NO.   **3XXXX**<br>**FIA CSNA**<br>**P. O. Box 17054**<br>**Wilmington, DE 19850** | | J | **02/01/1997**<br>**Consumer credit for the purchase of goods and/or services** | | | | **4,722.00** |

Sheet no. 3 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $  **33,369.75**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas Anthony Kruzel   Donna Jean Kruzel**

Case No. _____

Debtors

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **60088912XXXX** <br> **GEMoney Bank/JCP** <br> **P. O. Box 984100** <br> **El Paso, TX 79998** | | J | 11/01/1995 <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 1,321.00 |
| ACCOUNT NO. **16901-210167XXXX** <br> **HSBC/Best Buy** <br> **P. O. Box 15619** <br> **Wilmington, DE 19850** | | J | 09/01/1999 <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 91.00 |
| ACCOUNT NO. **06XXXX** <br> **HSBC/Best Buy** <br> **P. O. Box 15519** <br> **Wilmington, DE 19850** | | W | 09/01/1999 <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 91.00 |
| ACCOUNT NO. **103713XXXX** <br> **NBGL-Carsons** <br> **140 W. Industrial Drive** <br> **Elmhurst, IL 60126** | | W | 11/01/1998 <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 1,439.00 |
| ACCOUNT NO. **D101670XXXX** <br> **Resurrection Health Care** <br> **P. O. Box 220284** <br> **Chicago, IL 60622-0284** | | J | 06/16/2010 <br><br> **Medical services** | | | | 209.03 |

Sheet no.  4 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **3,151.03**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Anthony Kruzel   Donna Jean Kruzel**                              Case No. _____
                                    Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **9288802138100152007XXXX** <br><br> **Sallie Mae** <br> **P. O. Box 9500** <br> **Wilkes-Barre, PA 18773** | | J | 08/01/2007 <br><br> **Student loan** | | | | 18,633.00 |
| ACCOUNT NO.   **9288802138100142007** <br><br> **Sallie Mae** <br> **P. O. Box 9500** <br> **Wilkes-Barre, PA 18773** | | J | 02/01/2007 <br><br> **Student loan** | | | | 128,924.00 |
| ACCOUNT NO.   **5770912418XXXX** <br><br> **Spiegel** <br> **101 Crossway Park West** <br> **Woodbury, NY 11797** | | J | 04/01/2000 <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 288.00 |
| ACCOUNT NO.   **326XXXX** <br><br> **Student Loan Trust** <br> **701 East 60th St.** <br> **Sioux Falls, SD 57104** | | J | 03/19/2007 <br><br> **Student loan** | | | | 8,169.00 |

Sheet no.  5  of  7  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $          **156,014.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Thomas Anthony Kruzel   Donna Jean Kruzel**                              Case No. _____
                                        Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **326XXXX** | | W | 04/18/2008 | | | | 8,123.00 |
| **Student Loan Trust 701 East 60th Street Sioux Falls, SD 57104** **Citibank P. O. Box 22828 Rochester, NY 14692** | | | **Student loan** | | | | |
| ACCOUNT NO.   **326XXXX** | | W | 12/30/2008 | | | | 10,642.00 |
| **Student Loan Trust 701 East 60th Street Sioux Falls, SD 57104** **Citibank . O. Box 22828 Rochester, NY 14692** | | | **Student loan** | | | | |
| ACCOUNT NO.   **326XXXX** | | W | 08/25/2008 | | | | 8,196.00 |
| **Student Loan Trust 701 East 60th Street Sioux Falls, SD 57104** **Citibank P. O. Box 22828 Rochester, NY 14692** | | | **Student loan** | | | | |
| ACCOUNT NO.   **1XXXX** | | J | 11/01/2008 | | | | 987.00 |
| **WFNNB Woman Within 4590 E. Broad St. Columbus, OH 43213** | | | **Consumer credit for the purchase of goods and/or services** | | | | |

Sheet no.  6 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                27,948.00

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Thomas Anthony Kruzel   Donna Jean Kruzel** _____   Case No. _____
                                    Debtors                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **69780098XXXX** <br><br> **WFNNB/Lane Bryant** <br> **4590 E. Broad St.** <br> **Columbus, OH 43213** | | W | **11/01/2008** <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 871.00 |
| ACCOUNT NO.   **9XXXX** <br><br> **WfNNB/Roamans** <br> **P. O. Box 182121** <br> **Columbus, OH 43218** | | W | **01/01/2010** <br><br> **Consumer credit for the purchase of goods and/or services** | | | | 57.00 |

Sheet no.  7 of 7 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   928.00

Total  ➤  $   283,413.68

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Laura J. Maitland    6280521
Rawles & Maitland
325 Washington Street
Suite 301
Waukegan, IL 60085-5526

(847) 360-8040
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

### Eastern Division

In Re:
Debtor: **Thomas Anthony Kruzel**
Social Security Number: **6575**

Joint Debtor: **Donna Jean Kruzel**
Social Security Number: **0029**

Case No:

Chapter **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1.  **Capital One**<br>P. O. Box 85520<br>Richmond, VA 23285 | **Unsecured Claims** | **$ 4,738.00** |
| 2.  **ACS/EFP**<br>501 Bleecker Street<br>Utica, NY 13501 | **Unsecured Claims** | **$ 13,528.00** |
| 3.  **Advocate Health Care**<br>22393 Network Place<br>Chicago, IL 60673 | **Unsecured Claims** | **$ 1,042.45** |
| 4.  **Bank of America**<br>P. O. Box 1598<br>Norfolk, VA 23501 | **Unsecured Claims** | **$ 2,959.00** |
| 5.  **Bank of America**<br>P. O. Box 1598<br>Norfolk, VA 23501 | **Unsecured Claims** | **$ 3,607.00** |

In re:   **Thomas Anthony Kruzel**                                    Case No. _____
**Donna Jean Kruzel**

| 6. | **Bank of America**<br>**P. O. Box 17054**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$ 2,206.00** |
|---|---|---|---|
| 7. | **Barclays Bank Delaware**<br>**125 S. West St.**<br>**Wilmington, DE 19801** | **Unsecured Claims** | **$ 5,756.00** |
| 8. | **Capital One**<br>**P. O. Box 85520**<br>**Richmond, VA 23285** | **Unsecured Claims** | **$ 3,581.00** |
| 9. | **Capital One**<br>**P. O. Box 85520**<br>**Richmond, VA. 23285** | **Unsecured Claims** | **$ 1,070.00** |
| 10. | **Capital One**<br>**P. O. Box 85520**<br>**Richmond, VA 23285** | **Unsecured Claims** | **$ 3,447.00** |
| 11. | **Capital One, N. A.**<br>**P. O. Box 26625**<br>**Richmond, VA 23261** | **Unsecured Claims** | **$ 560.00** |
| 12. | **Carnival Card Services**<br>**P. O. Box 13337**<br>**Philadelphia, PA 19101-3337** | **Unsecured Claims** | **$ 5,756.45** |
| 13. | **Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$ 1,965.00** |
| 14. | **Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$ 4,672.00** |

In re:  **Thomas Anthony Kruzel**
        **Donna Jean Kruzel**

Case No. _____

| | | | |
|---|---|---|---|
| 15. | **Citi Bank**<br>**P. O. Box 6241**<br>**Sioux Falls, SD 57117** | **Unsecured Claims** | **$  7,115.00** |
| 16. | **Citi Card**<br>**P. O. Box 6241**<br>**Sioux Falls, SD 57177** | **Unsecured Claims** | **$  7,034.00** |
| 17. | **Citibank**<br>**701 E. 60th Street North**<br>**Sioux Falls, SD 57104** | **Unsecured Claims** | **$  9,708.00** |
| 18. | **Emerge**<br>**Payment Processing**<br>**P. O. box 790189**<br>**St. Louis, MO 63179-0189** | **Unsecured Claims** | **$  6,644.75** |
| 19. | **Emerge/FNBO**<br>**P. O. Box 105555**<br>**Atlanta, GA 30348** | **Unsecured Claims** | **$  5,261.00** |
| 20. | **FIA CSNA**<br>**P. O. Box 17054**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$  4,722.00** |
| 21. | **GEMoney Bank/JCP**<br>**P. O. Box 984100**<br>**El Paso, TX 79998** | **Unsecured Claims** | **$  1,321.00** |
| 22. | **WfNNB/Roamans**<br>**P. O. Box 182121**<br>**Columbus, OH 43218** | **Unsecured Claims** | **$      57.00** |
| 23. | **HSBC/Best Buy**<br>**P. O. Box 15619**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$      91.00** |

In re:  **Thomas Anthony Kruzel**
**Donna Jean Kruzel**

Case No. _____

| | | | |
|---|---|---|---|
| 24. | **HSBC/Best Buy**<br>**P. O. Box 15519**<br>**Wilmington, DE 19850** | **Unsecured Claims** | **$      91.00** |
| 25. | **Hyundai Motor Finance**<br>**P. O. Box 650805**<br>**Dallas, TX 75265-0805** | **Secured Claims** | **$  8,102.00** |
| 26. | **Internal Revenue Service**<br>**Service Center**<br>**Cincinnati, OH 45999-0010** | **Priority Claims** | **$ 23,896.00** |
| 27. | **NBGL-Carsons**<br>**140 W. Industrial Drive**<br>**Elmhurst, IL 60126** | **Unsecured Claims** | **$  1,439.00** |
| 28. | **Resurrection Health Care**<br>**P. O. Box 220284**<br>**Chicago, IL 60622-0284** | **Unsecured Claims** | **$      209.03** |
| 29. | **Sallie Mae**<br>**P. O. Box 9500**<br>**Wilkes-Barre, PA 18773** | **Unsecured Claims** | **$ 18,633.00** |
| 30. | **Sallie Mae**<br>**P. O. Box 9500**<br>**Wilkes-Barre, PA 18773** | **Unsecured Claims** | **$ 128,924.00** |
| 31. | **Spiegel**<br>**101 Crossway Park West**<br>**Woodbury, NY 11797** | **Unsecured Claims** | **$      288.00** |
| 32. | **Student Loan Trust**<br>**701 East 60th St.**<br>**Sioux Falls, SD 57104** | **Unsecured Claims** | **$  8,169.00** |

In re:   **Thomas Anthony Kruzel**
         **Donna Jean Kruzel**                                    Case No. _____

| 33. | **Student Loan Trust**<br>**701 East 60th Street**<br>**Sioux Falls, SD 57104** | **Unsecured Claims** | **$   8,196.00** |
|---|---|---|---|
| 34. | **Student Loan Trust**<br>**701 East 60th Street**<br>**Sioux Falls, SD 57104** | **Unsecured Claims** | **$   8,123.00** |
| 35. | **Student Loan Trust**<br>**701 East 60th Street**<br>**Sioux Falls, SD 57104** | **Unsecured Claims** | **$  10,642.00** |
| 36. | **WFNNB Woman Within**<br>**4590 E. Broad St.**<br>**Columbus, OH 43213** | **Unsecured Claims** | **$     987.00** |
| 37. | **WFNNB/Lane Bryant**<br>**4590 E. Broad St.**<br>**Columbus, OH 43213** | **Unsecured Claims** | **$     871.00** |

In re:  **Thomas Anthony Kruzel**
       **Donna Jean Kruzel**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Thomas Anthony Kruzel**, and I, **Donna Jean Kruzel**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **5 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature:  <u>**s/ Thomas Anthony Kruzel**</u>
              **Thomas Anthony Kruzel**

Dated:  <u>**10/2/2011**</u>

Signature:  <u>**s/ Donna Jean Kruzel**</u>
              **Donna Jean Kruzel**

Dated:  <u>**10/2/2011**</u>

**B6G (Official Form 6G) (12/07)**

In re:   <u>Thomas Anthony Kruzel    Donna Jean Kruzel</u>              ,      Case No.   <u>                              </u>
**Debtors**                                                   **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Thomas Anthony Kruzel   Donna Jean Kruzel** _____ .        Case No. _____

Debtors                                                            (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

| In re | Thomas Anthony Kruzel Donna Jean Kruzel | | Case No. | |
|---|---|---|---|---|
| | Debtors | | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Son** | **28** |
| | **Son** | **26** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Print Shop Mechanic** | **Food Service** |
| Name of Employer | **Sunrise Printing Co.** | **MT Food Service, Inc.** |
| How long employed | **17 years** | **1 year** |
| Address of Employer | **9701 Cary Ave.** **Schiller Park, IL 60176** | **400 N. Nobel St.** **Chicago, IL 60642** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 2,225.29 | $ | 4,180.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 2,225.29 | $ | 4,180.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 256.50 | $ | 780.09 |
|     b. Insurance | $ | 40.29 | $ | 362.09 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify)    **401K Contribution** | $ | 89.01 | $ | 83.60 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 385.80 | $ | 1,225.78 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 1,839.49 | $ | 2,954.22 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,839.49 | $ | 2,954.22 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 4,793.71 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

In re   **Thomas Anthony Kruzel Donna Jean Kruzel**                                      Case No. _____
                                          **Debtors**                                                              **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

NONE _____

_____

B6J (Official Form 6J) (12/07)

In re **Thomas Anthony Kruzel Donna Jean Kruzel**_____,   Case No. _____
                                              Debtors                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,400.00 |
| a. Are real estate taxes included?   Yes _____   No ✓ | | |
| b. Is property insurance included?   Yes _____   No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 279.00 |
| b. Water and sewer | $ | 72.00 |
| c. Telephone | $ | 195.00 |
| d. Other **Cable TV/Internet** | $ | 195.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 850.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 200.00 |
| 7. Medical and dental expenses | $ | 240.00 |
| 8. Transportation (not including car payments) | $ | 625.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 100.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 68.00 |
| e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 331.00 |
| b. Other_____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other_____ | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,005.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 4,793.71 |
| b. Average monthly expenses from Line 18 above | $ | 5,005.00 |
| c. Monthly net income (a. minus b.) | $ | -211.29 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Thomas Anthony Kruzel    Donna Jean Kruzel**

Debtors

Case No. _____

Chapter  **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 23,896.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 205,923.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 229,819.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 4,793.71 |
| Average Expenses (from Schedule J, Line 18) | $ 5,005.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 6,405.29 |

## United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re  **Thomas Anthony Kruzel    Donna Jean Kruzel**

Debtors

Case No. _____

Chapter   **7**

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    23,896.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4. Total from Schedule F | | $    283,413.68 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    283,413.68 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  __Thomas Anthony Kruzel    Donna Jean Kruzel_____,          Case No. _____
                                         Debtors

                                                            Chapter     __7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $    155,900.00 | | |
| B - Personal Property | YES | 3 | $    20,865.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $    8,102.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $    23,896.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $    283,413.68 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $    4,793.71 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $    5,005.00 |
| TOTAL | | 21 | $    176,765.00 | $    315,411.68 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Thomas Anthony Kruzel    Donna Jean Kruzel**                                    CASE No. _____

                                   **Debtors**                                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **10/2/2011** _____                    Signature:  **s/ Thomas Anthony Kruzel** _____

                                                                       **Thomas Anthony Kruzel**
                                                                                      Debtor

Date:  **10/2/2011** _____                    Signature:  **s/ Donna Jean Kruzel** _____

                                                                       **Donna Jean Kruzel**
                                                                              (Joint Debtor, if any)

                                                           [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re    __Thomas Anthony Kruzel    Donna Jean Kruzel__      Case No. _____

Debtors                                              Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| | |
|---|---|
| Property No. 1 | |
| **Creditor's Name:** <br><br> **Hyundai Motor Finance** | **Describe Property Securing Debt:** <br><br> **2007 Hyundai Santa Fe located from time to time at debtor's residence** |

Property will be *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property

☑ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:

☑ Claimed as exempt                ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| | | |
|---|---|---|
| Property No. 1 | | |
| **Lessor's Name:** <br><br> **None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES     ☐ NO |

___0___ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: __10/2/2011__                              **s/ Thomas Anthony Kruzel** _____

                                                   **Thomas Anthony Kruzel**

                                                   Signature of Debtor

B 8 (Official Form 8) (12/08)                                                                 Page 2

s/ Donna Jean Kruzel
**Donna Jean Kruzel**
Signature of Joint Debtor (if any)

B 203
(12/94)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:   **Thomas Anthony Kruzel**          **Donna Jean Kruzel**          Case No. _____

Chapter   **7** _____

Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |   |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2. The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d)   [Other provisions as needed]
     **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **10/2/2011** _____

                              **s/Laura J. Maitland** _____
                              **Laura J. Maitland, Bar No. 6280521**

                              **Rawles & Maitland**
                              Attorney for Debtor(s)

---

**B 201A** (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2.**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:** Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

**B 201B** (Form 201B) (12/09)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re  **Thomas Anthony Kruzel**
      **Donna Jean Kruzel**

Case No. _____

                **Debtor**

Chapter  ___**7**___

**CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)**
**UNDER § 342(b) OF THE BANKRUPTCY CODE**

**Certificate of the Debtor**

We, the debtors, affirm that we have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Thomas Anthony Kruzel**

X **s/ Thomas Anthony Kruzel**　　　　　**10/2/2011**
    **Thomas Anthony Kruzel**

**Donna Jean Kruzel**

    Signature of Debtor　　　　　　　　　Date

Printed Name(s) of Debtor(s)

X **s/ Donna Jean Kruzel**　　　　　　**10/2/2011**
    **Donna Jean Kruzel**

Case No. (if known) _____

    Signature of Joint Debtor　　　　　　Date

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re   **Thomas Anthony Kruzel**                    Case No.
       **Donna Jean Kruzel**
       Debtors.                                      Chapter   **7**

### STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $1,839.49 | $2,948.22 |
| Five months ago | $1,839.49 | $2,948.22 |
| Four months ago | $1,839.49 | $2,948.22 |
| Three months ago | $1,839.49 | $2,948.22 |
| Two months ago | $1,839.49 | $2,948.22 |
| Last month | $1,839.49 | $2,948.22 |
| Income from other sources | $0.00 | $0.00 |
| Total net income for six months preceding filing | $ 11,036.94 | $ 17,689.32 |
| **Average Monthly Net Income** | $ 1,839.49 | $ 2,948.22 |

Attached are all payment advices received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated:   **10/2/2011**

**s/ Thomas Anthony Kruzel**
**Thomas Anthony Kruzel**

Debtor

**s/ Donna Jean Kruzel**
**Donna Jean Kruzel**

Joint Debtor